IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**TIMBER AUTOMATION, LLC**                                                                 **PLAINTIFF**

**v.**                                   **CASE NO. 6:22-cv-6093-SOH**

**FIBERPRO, LLC,** *et al.*                                                                **DEFENDANTS**

### TIMBER AUTOMATION'S RESPONSE TO THE FIBERPRO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Timber Automation, LLC ("Timber Automation" or "Plaintiff"), by and through its undersigned counsel, and for its response to the Defendants FiberPro, LLC ("FiberPro"), Joshua Krauss, and Jeremy Hutson's (collectively, the "FiberPro Defendants") Motion for Summary Judgment, allege and state the following:

1. A review of recently produced documents demonstrates, quite clearly, that material facts are in dispute.

2. Plaintiff has filed the declarations of Chris Blomquist, Derek Sibert, and Jason Callen. The declarations are incorporated herein.

3. Plaintiff has filed its response to the FiberPro Defendants' statement of undisputed material facts. The response to statement is incorporated herein.

4. Plaintiff has filed its statement of additional facts in dispute. The statement of facts in dispute is incorporated herein.

5. Plaintiff has filed a brief in support of this response to motion for summary judgment. The brief is incorporated herein.

6. Because there are material facts in dispute, the FiberPro Defendants' motion for summary judgment should be denied.

1

WHEREFORE, the Plaintiff, Timber Automation, prays that the FiberPro Defendants' motion for summary judgment be denied, and it be awarded its attorneys' fees, costs, and all other just and proper relief to which it is entitled.

        Respectfully submitted,

        FUQUA CAMPBELL, P.A.
        3700 Cantrell Road, Suite 205
        Little Rock, Arkansas 72202
        (501) 374-0200 – Telephone
        (501) 975-7153 – Facsimile
        pcampbell@fc-lawyers.com
        samfletcher@fc-lawyers.com

        By: *s/ Phil Campbell*
        Phil Campbell, Ark. Bar No. 81028
        Sam Fletcher Ark. Bar No. 2022156

        Jeff C. Johnson (*pro hac vice*)
        K&L Gates LLP
        925 Fourth Avenue, Suite 2900
        Seattle, Washington 98104-1158
        (206) 370-8338 – Telephone
        jeff.johnson@klgates.com

        Jason W. Callen (*pro hac vice*)
        K&L Gates LLP
        501 Commerce Street, Suite 1500
        Nashville, Tennessee 37203
        (615) 780-6729 – Telephone
        (615) 780-6799 – Facsimile
        jason.callen@klgates.com

        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's CM/ECF filing system.

Dated: February 9, 2024

By: *s/ Phil Campbell*
Phil Campbell