IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**TIMBER AUTOMATION, LLC**                                                                                     **PLAINTIFF**

v.                              CASE NO. 6:22-CV-6093-SOH

**FIBERPRO, LLC ET AL.**                                                                                        **DEFENDANTS**

**TIMBER AUTOMATION'S STATEMENT OF ADDITIONAL MATERIAL FACTS**

Pursuant to Local Rule 56.1 of the Local Rules of the United States District Court for the Western District of Arkansas, Plaintiff Timber Automation, LLC ("Timber Automation") submits this statement of additional material facts in support of its opposition to the Defendants (FiberPro, LLC ("FiberPro"), Joshua Krauss, and Jeremy Hutson's (collectively, the "FiberPro Defendants") motion for summary judgment.

1. On January 11, 2024, Chris Blomquist, the Senior Vice President of USNR, LLC, the parent company of Timber Automation, received metadata reports, which the FiberPro Defendants had produced. Declaration of Chris Blomquist In Support of Timber Automation's Opposition ("Blomquist Decl.") ¶ 4.

2. The reports contain metadata from FiberPro's backup storage device, called a Network Assisted Storage Drive (the "NAS Drive"), as well as metadata from five FiberPro workstations used by Jeremy Hutson, Henry Meyers, Travis Nation, Andy Raybon, and Sean Westbrook (the "Workstations"). Blomquist Decl. ¶ 3.

3. At least 13,627 files on the FiberPro Defendants' NAS Drive and Workstations are identical in name and size to that on Timber Automation's server. Blomquist Decl. ¶ 10.

4. Many of these files are identical to engineering documents and other proprietary information for Timber Automation equipment. Blomquist Decl. ¶ 10.

5. For example, 109 records on the NAS Drive relate to Timber's Automation's "Edger" project, which was a project Timber Automation previously built for its customer Weyerhaeuser. Blomquist Decl. ¶ 10.

6. The NAS Drive and Workstation data contains at least several hundred Timber Automation drawings and other proprietary and competitively-sensitive documents created after 2008. Blomquist Decl. ¶ 11.

7. The NAS Drive and Workstation data reveals 166 file directory structures that are identical to file directory structures on Timber Automation's servers. Blomquist Decl. ¶ 12.

8. The vast majority of files in the "Henry Meyers" folder on the NAS Drive were stolen from Timber Automation. Blomquist Decl.¶ 13.

9. 2,232 files from the stolen "Henry Meyers" folder on the NAS Drive that was purportedly restricted in access to Chris Raybon were also on the FiberPro workstation used by Henry Meyers. Blomquist Decl. ¶ 13.

10. On the NAS Drive, there is a folder called "Ken Stallins." Blomquist Decl. ¶ 14.

11. Between October 11, 2019 and July 31, 2020 (a period of approximately 205 workdays), the metadata reveals at least 1,000 engineering files were created by an individual named Ken Stallins. Blomquist Decl. ¶ 13.

12. These files were created at a rate not possible for one individual to have designed originally. Blomquist Decl. ¶ 14; Declaration of Derek Sibert In Support of Opposition ¶¶ 8-9.

13. Over half of the files identified on the NAS Drive and Workstations are Autodesk AutoCAD files. Blomquist Decl. ¶ 15.

507422160.2

Respectfully submitted,

FUQUA CAMPBELL, P.A.
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone
(501) 975-7153 – Facsimile
pcampbell@fc-lawyers.com
samfletcher@fc-lawyers.com

By: *s/ Phil Campbell*
Phil Campbell, Ark. Bar No. 81028
Sam Fletcher Ark. Bar No. 2022156

Jeff C. Johnson (*pro hac vice*)
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
(206) 370-8338 – Telephone
jeff.johnson@klgates.com

Jason W. Callen (*pro hac vice*)
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6729 – Telephone
(615) 780-6799 – Facsimile
jason.callen@klgates.com

ATTORNEYS FOR PLAINTIFF

507422160.2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's CM/ECF filing system.

Dated: February 9, 2024

By: *s/ Phil Campbell*
    Phil Campbell

507422160.2